**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARTHA LOPEZ-SEGARRA,

              Plaintiff,

        -against-                  No.: 1:18-cv-10013-KPF

CRITICAL RESOLUTION MEDIATION, LLC,
and BRIAN MCKENZIE, individually,

              Defendants.

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiff, MARTHA LOPEZ-SEGARRA, ("Plaintiff"), through her attorney, Taylor Kosla, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendants, CRITICAL RESOLUTION MEDIATION, LLC and BRIAN MCKENZIE.

                        RESPECTFULLY SUBMITTED,

March 6, 2019              By:  /s/Taylor Kosla
                        Taylor Kosla
                        Agruss Law Firm, LLC
                        4809 N. Ravenswood Ave
                        Suite 419
                        Chicago, IL 60640
                        Tel: 312-224-4695
                        Fax: 312-253-4451
                        taylor@agrusslawfirm.com
                        *Appearing Pro Hac Vice*

1

## PROOF OF SERVICE

I, Taylor Kosla, state the following:

I am employed in the Chicago, Illinois.  I am over the age of 18 and not a party to the within action.  My business Address is 4809 N. Ravenswood Ave., Suite 419, Chicago, IL 60640. On March 6, 2019, I served the following documents:

### NOTICE OF VOLUNTARY DISMISSAL

On the parties listed below:

Brian McKenzie
6500 McDonough Drive, Suite C2
Norcross GA 30093-1236

Critical Resolution Mediation
6500 McDonough Drive, Suite C2
Norcross GA 30093-1236

By the following means of service:

**[X]** **BY MAIL:** I deposited the envelope in the mail in Chicago, IL.  The envelope was mailed with postage fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document was deposited with the U.S. Postal Service on this date with postage fully prepaid in Chicago, Illinois, in the ordinary course of business.

**[X]** **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on March 6, 2019 in Chicago, Illinois.

By:  /s/ Taylor Kosla_____
Taylor Kosla

2